AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

ADE GEORGE OYEGBOLA

V.

J. A. CAMBECE LAW OFFICE, P.C.; CAMBECE, J. ANTHONY; & CACV OF COLORADO, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05-10562 REK

TO: (Name and address of Defendant)

CACV OF COLORADO, LLC
SUITE 2150
1999 BROADWAY
DENVER, CO 80202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

OYEGBOLA, ADE GEORGE
46 BIRCHWOOD ROAD U428
RANDOLPH, MA 02368

an answer to the complaint which is served on you with this summons, within _30_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE 3-24-05

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 6th, 2005 at 1:34pm |
| NAME OF SERVER (PRINT) Jane Bretz | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served as Registered agent Evan McClure, Process Specialist, The Corporation Company, 1675 Broadway, Denver, CO 80202

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 $99.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 8th, 2005     _Jane Bretz_
                Date                  Signature of Server

R. KIMBALL OLDS
Notary Public
State of Colorado
My Commission Expires 3/18/2007

PO Box 16607, Golden, CO 80401
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.