UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON, MA)

| | |
|---|---|
| **ADE GEORGE OYEGBOLA**<br>**Plaintiff**<br><br>vs.<br><br>**J. A. CAMBECE LAW OFFICE, P.C.;**<br>**J. ANTHONY CAMBECE; AND**<br>**CACV OF COLORADO, LLC**<br>**Defendants** | Civil Action No.<br><br>**05-10562-REK** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff, ADE GEORGE OYEGBOLA, <u>Pro Se</u>, hereby stipulates to the dismissal with prejudice of the above-entitled and numbered action.

Dated: April 27, 2005

RESPECTFULLY SUBMITTED,

*/s/ Ade George Oyegbola*

Ade George Oyegbola
Plaintiff, <u>Pro Se</u>
46 Birchwood Road U428
Randolph, MA 02368
Phone: (781) 963 0304


The foregoing stipulation is hereby approved and this action is hereby dismissed with prejudice this _____ day of _____, 2005

**UNITED STATES DISTRICT JUDGE**