# AFFIDAVIT OF SERVICE

**State of Massachusetts**                 **County of SUFFOLK**                                    **U.S.D.C Court**

Case Number: 05-10562 REK

Plaintiff:
**ADE GEORGE OYEGBOLA**

vs.

Defendant:
**J.A. CAMBECE LAW OFFICE,P.C.: CAMBECE, J. ANTHONY;**
**& CACV OF COLORADO LLC**

For:
ADE G. OYEGBOLA
46 Birch Wood Road
Randolph, MA  02360

Received by STOKES & LEVIN on the 27th day of March, 2005 at 3:03 pm to be served on
**J.ANTHONY CAMBECE : 8 BOURBON STREET PEABODY MA.**

I, James Campbell, being duly sworn, depose and say that on the **28th day of March, 2005** at **2:00
pm, I:**

Served the within named corporation by delivering a true copy of the **Subpoena in a Civil Case** with
the date and hour of service endorsed thereon by me to Aaron Cox as the Attorney authorized to
accept service on behalf of within named corporation and compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.


Subscribed and Sworn to before me on the 31st
day of March, 2005 by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

MARIA BARROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
Aug 21, 2010

_____
**James Campbell**
Process Server/ Constable

**STOKES & LEVIN**
**60 State Street**
**Boston, MA  02109**
**(877) 786-5374**

Our Job Serial Number: 2005001407

Service Fee: $25.00

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f